UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

TERRI PANARIELLO,
    Plaintiff,

-vs.-                                        Case No.: 2:11-cv-15295-DML-LJM
                                                  Hon. David M. Lawson

COMMERCIAL RECOVERY SYSTEMS, INC.
    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                              Respectfully submitted

February 6, 2012                              /s/ Gary Nitzkin_____
                                                          GARY D. NITZKIN (P41155)
                                                          Attorney for Plaintiff
                                                          22142 West Nine Mile Road
                                                          Southfield, MI 48033
                                                          (248) 353-2882
                                                          GNitzkin@creditor-law.com