UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI PANARIELLO,

      Plaintiff,

v.                                                  Case Number 11-15295
                                                  Honorable David M. Lawson

COMMERCIAL RECOVERY SYSTEMS, INC.,

      Defendant.

_____/

### ORDER OF DISMISSAL

On February 6, 2012, the plaintiff filed a notice of voluntary dismissal.

Accordingly, it is **ORDERED** that the above matter is **DISMISSED**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:  February 8, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 8, 2012

                                  s/Deborah R. Tofil
                                  DEBORAH R. TOFIL